# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § § § § | **NO.** |

## ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT

After conducting a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11 with consent of all parties, United States Magistrate Judge Earl S. Hines reported his findings, conclusions and recommendations regarding defendant's plea of guilty to:

The magistrate judge accepted defendant's guilty plea, recommends that defendant be adjudged guilty of the offense(s) to which he pleaded guilty, and recommends that the court defer acceptance or rejection or defendant's plea agreement until after reviewing the presentence report.

No party objects to the magistrate judge's findings and conclusions, and the court is of the opinion that they should be and are hereby **ADOPTED**. Further, the court **RATIFIES** the magistrate judge's acceptance of the guilty plea. Accordingly, it is **ORDERED**:

1. Defendant is adjudged **GUILTY** of the offense(s) alleged in:

2. The court [ ] accepts defendant's plea agreement [ ] will defer a decision to accept or reject defendant's plea agreement until the court reviews the presentence report.

**SIGNED** this the **12** day of **January, 2011.**

_____
Thad Heartfield
United States District Judge